CARRIE T. WILLIAMS, Appellant, v. ROGER Q. WILLIAMS, Respondent.— Motion for stay granted upon condition that appellant perfect the appeal for the November

term (for which term the case is set down) and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Scudder, JJ.